IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Timma Woodard,<br><br>    Plaintiff,<br><br>v.<br><br>Diversified Adjustment Service, Inc.<br>and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.:<br>1:12-cv-01879-ODE-JSA |

**STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff Timma Woodard and Defendant, Diversified Adjustment Service, Inc., by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Timma Woodard dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

**CERTIFICATE OF FONT TYPE AND SIZE**

Undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 23rd day of April, 2013.

| **LEMBERG & ASSOCIATES L.L.C.** | **BEDARD LAW GROUP, P.C.** |
|---|---|
| /s/ Cara Hergenroether, Esq. | /s/ Michael K. Chapman, Esq. |
| Cara Hergenroether, Esq. | Michael K. Chapman |
| Georgia Bar No.: 570753 | Georgia Bar No. 322145 |
| *Attorney for Plaintiff Timma Woodard* | John H. Bedard, Jr. |
| | Georgia Bar No. 043473 |
| 1400 Veterans Memorial Highway | *Attorneys for Defendant Diversified* |
| Suite 134, #150 | *Adjustment Service, Inc.* |
| Mableton, GA 30126 | |
| Telephone: (855) 301-2100 ext. 5516 | 2810 Peachtree Industrial Blvd., |
| Facsimile: (888) 953-6237 | Suite D |
| Email: | Duluth, Georgia 30097 |
| chergenroether@lemberglaw.com | Telephone: (678) 253- 1871 |
| | Facsimile: (678) 253-1873 |
| | Email:mchapman@bedardlawgroup.com |
| | Email: jbedard@bedardlawgroup.com |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Michael K. Chapman
>John H. Bedard, Jr.
>Bedard Law Group, P.C.
>2810 Peachtree Industrial Blvd.,
>Suite D
>Duluth, Georgia 30097
>*Attorneys for Defendant Diversified Adjustment Service, Inc.*

>s/Cara Hergenroether
>Georgia Bar No. 570753
>Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

3